## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JOHN M. JULIAN**, aka | : | Chapter **13** |
| John Michael Julian, | : | Case No. **5:23-bk-00647-MJC** |
| Debtor, | : | |
| | | |
| **US BANK TRUST, NA,** not in its individual | : | |
| capacity, but solely as Trustee of LSF9 | : | |
| Master Participation Trustee, or its | : | |
| Successor or Assignee, | : | |
| Movant, | : | **Motion for** |
| v. | : | **Relief from Stay** |
| **JOHN M. JULIAN** and Jack N. | : | |
| Zaharopoulos, Chapter 13 Trustee, | : | |
| Respondent, | : | |

### ANSWER TO MOTION OF US BANK TRUST FOR RELIEF FROM STAY

AND NOW COMES Debtor(s) **JOHN M. JULIAN**, by and through their attorneys, J. ZAC

CHRISTMAN, ESQUIRE, and in Answer to the Motion of **US BANK TRUST** for Relief from Stay avers:

0. Denied to the extent any of the five documents referenced do not speak for themselves.

1-2. Admitted.

3. Denied. Debtor lacks sufficient information and belief to Admit or Deny the exact principal balance and such is therefore Denied. It is Denied that Debtor is required to pay all reasonable fees and costs.

4. Admitted.

5. Admitted in part and Denied in part. Debtor lacks sufficient information and belief to Admit or Deny the exact balance due and such is therefore Denied. Debtor reasonably believes the amount due is significantly less. The Trustee has already paid $41,912.01 in prepetition arrears, which may be $50,000 after the Trustee's next distribution. Debtor Denies that another lien of $3,264.45 exists, unless a municipal creditor failed to file a Proof of Claim.

6. Admitted. However, this is irrelevant based on the direct payments conceded by the Motion and the cure of a significant portion of the prepetition arrears.

7. Admitted.

8. Denied. Debtor reasonably believes there are pending payments and anticipates paying $2,400 to Movant in advance of the hearing, which would, per Movant's accounting, satisfy the July and August 2025 mortgage payments.

9. Denied. As Movant is more than adequately protected by payment of twenty-nine (29) postpetition mortgage payments and roughly $50,000 in prepetition arrears (including amounts currently held by the Trustee).

10. Dened. Movant is adequately protected by the combination of postpetition mortgage payments and the large amount of postpetition arrears cured via Debtor's Amended Chapter 13 Plan.

WHEREFORE, Debtor **JOHN M. JULIAN** respectfully prays this Honorable Court for an Order that the Motion of **US BANK TRUST, NA,** for Relief from Stay be Denied, and for such other and further relief as the Honorable Court deems just and appropriate.

Respectfully Submitted,

 /s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor
538 Main Street, Suite 102
Stroudsburg, PA 18360
(570) 234-3960
zac@jzacchristman.com