UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 13
    JOHN M. JULIAN
        Debtor                                          CASE NO. 5:23-BK-00647-MJC

    JACK N. ZAHAROPOULOS
    STANDING CHAPTER 13 TRUSTEE
        Movant

    JOHN M. JULIAN
        Respondent

## CERTIFICATION OF DEFAULT

AND NOW on July 22, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the Trustee during the remaining term of the plan.

As of July 22, 2026, the Debtor is $15,000.00 in arrears. a plan payment having last been made on February 10, 2026.

In accordance with said stipulation, the case may be dismissed.

Date: July 22, 2026                          Respectfully submitted,

                                      */s/ Agatha R. McHale, Esquire*
                                      ID: 47613
                                      Attorney for Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA  17036
                                      Phone: (717) 566-6097
                                      email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN M. JULIAN
        Debtor

    JACK N. ZAHAROPOULOS
    STANDING CHAPTER 13 TRUSTEE
        Movant

CHAPTER 13

CASE NO. 5:23-BK-00647-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 22, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
J ZAC CHRISTMAN ESQUIRE
J ZAC CHRISTMAN LAW
538 MAIN ST, SUITE 102
STROUDSBURG, PA  18360

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
JOHN M. JULIAN
60 KIMBERLY ROAD
PO BOX 703
DELAWARE WATER GAP, PA  18327

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 22, 2026

*/s/ Ashley Schott*

Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com