United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 23-00647-MJC

John M. Julian                                                                Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                    Page 1 of 3

Date Rcvd: Jul 24, 2026                          Form ID: pdf010                              Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. Julian, 60 Kimberly Road, PO Box 703, Delaware Water Gap, PA 18327-0703 |
| 5530210 | + | Berkheimer Tax, 50 N 7th Street, Bangor, PA 18013-1795 |
| 5530211 | | Berkheimer Tax HAB-CLT, PO Box 25149, Lehigh Valley, PA 18002-5149 |
| 5530212 | + | Blue Ridge Communications, 613 3rd St, Palmerton, PA 18071-1520 |
| 5530213 | + | Borough of Delaware Water Gap, PO Box 49, Delaware Water Gap, PA 18327-0049 |
| 5530216 | + | Delaware Water Gap Municipal, 49 Main Street, PO Box 128, Delaware Water Gap, PA 18327-0128 |
| 5530220 | + | Five Lakes Agency, Inc., JPMorgan Chase Bank, NA, PO Box 80730, Rochester, MI 48308-0730 |
| 5542006 | + | HSBC-BOSCOVS CO MILLENNIUM FINANCIAL GROUP LLC, 3000 UNITED FOUNDERS BLVD, STE 248, OKLAHOMA CITY, OK 73112-4278 |
| 5530223 | + | HSBC-Boscovs, Millenium Financial Group, LLC, 3000 United Founders Blvd., Suite 219, Oklahoma City, OK 73112-3904 |
| 5530227 | | LSF9 Master Participation Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5530229 | #+ | McCabe, Weisberg & Conway, P.C., 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5530231 | #+ | Millennium Financial Group, 3000 United Founders Blvd, Suite 248, Oklahoma City, OK 73112-4278 |
| 5530232 | | NE PA Community FCU, 934 N 9th Street, Stroudsburg, PA 18360-1208 |
| 5530234 | + | PennyWise, 219 Shine Hill Road, Henryville, PA 18332-7794 |
| 5530237 | + | Sear's/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 18:55:08 | LVNV Funding, LLC, PO Box 10584, Greenville, SC 29603-0584 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 24 2026 18:45:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2026 18:55:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jul 24 2026 18:42:52 | U.S. Bank Trust National Association, not in its i, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5530208 | + | Email/Text: g17768@att.com | Jul 24 2026 18:45:00 | AT&T Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 5530209 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 24 2026 18:45:00 | Bank of America, Attn: Bankruptcy Dep't, 475 Cross Point Pkwy, PO Box 9000, Getzville, NY 14068-9000 |
| 5530214 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 18:55:16 | Capital One, NA, Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5530217 | + | Email/Text: mrdiscen@discover.com | | |

| | | | |
|---|---|---|---|
| | | Jul 24 2026 18:45:00 | Discover Financial Servies LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5530218 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jul 24 2026 18:45:00 | Dr Leonards, PO Box 2845, Monroe WI 53566-8045 |
| 5530219 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | |
| | | Jul 24 2026 18:45:00 | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 |
| 5530221 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2026 18:55:07 | GE Capital Retail Bank, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 5530222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 24 2026 18:55:16 | Home Depot/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5530224 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jul 24 2026 18:45:00 | Internal Revenue Service, PO Box 7346, Philadlphia, PA 19101-7346 |
| 5530225 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 24 2026 18:45:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 5530226 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jul 24 2026 18:55:11 | JPMorgan Chase Bank, NA, 700 Kansas Lane, Mail Code LA4-3120, Monroe, LA 71203-4774 |
| 5530596 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 24 2026 18:55:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5530228 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 24 2026 18:55:08 | LVNV Funding, LLC, PO Box 10497, Greenville SC 29603-0497 |
| 5531109 | | Email/Text: BankruptcyECFMail@mccalla.com | |
| | | Jul 24 2026 18:45:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5530230 | + | Email/Text: BankruptcyEast@firstenergycorp.com | |
| | | Jul 24 2026 18:45:00 | MetEd / First Energy, 101 Crawford's Corner Rd, Bldg 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 5535768 | + | Email/Text: BankruptcyEast@firstenergycorp.com | |
| | | Jul 24 2026 18:45:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5530215 | | Email/Text: bankruptcy@payliance.com | |
| | | Jul 24 2026 18:45:00 | Cybercollect, 2 Easton Oval Suite 310, Columbus, OH 43219 |
| 5530235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2026 18:55:11 | Portfolio Recovery Associates, PO Box 12914, Norfolk VA 23541 |
| 5530233 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jul 24 2026 18:45:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5530757 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jul 24 2026 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5530236 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 24 2026 18:55:16 | Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 5530238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 24 2026 18:55:16 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5530417 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 24 2026 18:55:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5543402 | ^ | MEBN | |
| | | Jul 24 2026 18:42:42 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5544989 | ^ | MEBN | |
| | | Jul 24 2026 18:42:52 | U.S. Bank Trust National Association, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust nj-ecfmail@mwc-law.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| J. Zac Christman | on behalf of Debtor 1 John M. Julian zac@jzacchristman.com  office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Laura Egerman | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven K Eisenberg | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

John M. Julian
aka John Michael Julian

           Chapter:    13

        Debtor 1   |   Case No.:    5:23-bk-00647-MJC


Jack N. Zaharopoulos, Trustee

    vs.            Movant(s)

John M. Julian
aka John Michael Julian

         Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 88, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the Debtor(s) be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 24, 2026